IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No. 5:19-cv-75<br><br>DEMAND FOR JURY TRIAL |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE REGARDING DEFENDANTS' JOINT MOTION TO DISMISS UNDER RULE 12(b)(6) AND MOTION FOR INTR-DISTRICT TRANSFER TO THE MARSHALL DIVISION**

For their Joint Motion for Entry of Briefing Schedule, the Parties respectfully state:

On October 1, 2019, Defendants filed a (1) Joint Motion to Dismiss Under Rule 12(b)(6) (D.E. 27); and (2) Motion for Intra-District Transfer to the Marshall Division (D.E. 28) ("Defendants' Motions").  Having conferred, the Parties move for entry of the following briefing schedule for Defendants' Motions:

| | |
|---|---|
| October 30, 2019 | Responses |
| November 20, 2019 | Replies |
| December 4, 2019 | Sur-Replies |

Respectfully submitted,

| | |
|---|---|
| */s/Geoff Culbertson* <br> Kelly Tidwell <br> TX Bar No. 20020580 <br> kbt@texarkanalaw.com <br> Geoffrey Culbertson <br> TX Bar No. 24045732 <br> gpc@texarkanalaw.com <br> PATTON, TIDWELL & CULBERTSON, LLP <br> 2800 Texas Boulevard <br> Texarkana, Texas 75503 <br> Telephone: 903-792-7080 <br> Telecopier: 903-792-8233 <br><br> Dariush Keyhani <br> District of Columbia Bar No. 1031500 <br> Frances H. Stephenson <br> New York registration No. 5206495 <br> Keyhani LLC <br> 1050 30th Street NW <br> Washington, DC 20007 <br> T. 202.748.8950 <br> F. 202.318.8958 <br> dkeyhani@keyhanillc.com <br> fstephenson@keyhanillc.com <br><br> *Attorneys for Plaintiff* | */s/ Fred I. Williams* <br> Fred I. Williams <br> Texas Bar No. 00794855 <br> fwilliams@velaw.com <br> VINSON & ELKINS LLP <br> 2801 Via Fortuna, Suite 100 <br> Austin, Texas 78701 <br> Tel: 512.542.8400 <br> Fax: 512.542.8610 <br><br> Todd E. Landis <br> Texas Bar No. 24030226 <br> tlandis@velaw.com <br> VINSON & ELKINS LLP <br> 2001 Ross Avenue, Suite 3700 <br> Dallas, TX 75201 <br> Tel: 214.220.7700 <br> Fax: 214.220.7716 <br><br> Parker Hancock <br> Texas Bar No. 24108256 <br> phancock@velaw.com <br> VINSON & ELKINS LLP <br> 1001 Fannin Street, Suite 2500 <br> Houston, TX 77002-6760 <br> Tel: 713.758.2222 <br> Fax: 713.758.2346 <br><br> Harry Lee Gillam, Jr. <br> State Bar No. 07921800 <br> gil@gillamsmithlaw.com <br> GILLAM & SMITH, LLP <br> 303 South Washington Avenue <br> Marshall, Texas 75670 <br> Tel: 903.934.8450 <br> Fax: 903.934.9257 <br><br> *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 7th day of October, 2019.

                                    */s/ Geoff Culbertson*
                                    Geoff Culbertson