IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>   Defendants. | Civil Action No. 5:19-cv-00075-RWS |

## ORDER

Before the Court is the Parties' Joint Motion for Entry of Briefing Schedule (Docket No. 31). The Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED** that the following briefing schedule shall apply to Defendants' (1) Joint Motion to Dismiss Under Rule 12(b)(6) (Docket No. 27); and (2) Motion for Intra-District Transfer to the Marshall Division (Docket No. 28):

      **October 30, 2019**      Responses

      **November 20, 2019**      Replies

      **December 4, 2019**      Sur-Replies

**SIGNED this 11th day of October, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE