# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br> SPRINT/UNITED MANAGEMENT COMPANY, <br> T-MOBILE USA, INC., and <br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | Civil Action No. 5:19-cv-75 <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Pursuant to the Court's Order (Dkt. 34), Plaintiff Joe Andrew Salazar ("Salazar") and Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., And Cellco Partnership a/b/a Verizon Wireless ("Defendants"), (collectively, the "Parties"), submit their attached Agreed Docket Control Order for the Court's consideration and entry.

In accordance with the Court's Order, the Parties have submitted this DCO with all mandatory provisions, including the Court's mandatory deadlines. However, counsel for Defendants were previously scheduled to attend trial in another matter during the *Markman* Hearing on June 3, 2020. The Parties also jointly would prefer to extend the dispositive motion deadline to allow more time for expert discovery. For these reasons, the Parties intend to separately move the Court to amend the *Markman* hearing date and the dispositive motion deadline in a motion to follow.

-2-

In further accordance with the Court's Order, the Parties believe that the scheduling hearing is necessary to resolve disputed issues in the Proposed Discovery Order.

Dated: October 31, 2019

Respectfully submitted,

*/s/ Daruish Keyhani*
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
Kelley Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503
Telephone: 903-792-7080
Fax: 903-792-8233

Daruish Keyhani (Lead Attorney)
District of Columbia Bar No. 1031500
(*pro hac vice*)
Frances H. Stephenson
New York registration No. 5206495
(*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
fhstephenson@keyhanillc.com

*Attorneys for Plaintiff*

-3-

*/s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78701
Tel: 512.542.8400
Fax: 512.542.8610

Todd E. Landis
Texas Bar No. 24030226
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.220.7716

Parker Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of October, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>	*/s/ Fred I. Williams*
>	Fred I. Williams