IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No. 5:19-cv-00075-RWS |

## ORDER

Before the Court is Plaintiff Joe Andrew Salazar's Unopposed Motion for Leave to Extend Deadline to Respond to Defendant's Joint Motion to Dismiss (Docket No. 36). The Court determines that the motion should be, and is, **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's deadline to respond to Defendants' Joint Motion to Dismiss is extended up to and including **November 1, 2019**.

**So ORDERED and SIGNED this 4th day of November, 2019.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE