# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No. 5:19-cv-00075-RWS |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Submit Agreed Protective Order (Docket No. 37) filed by Plaintiff Joe Andrew Salazar ("Salazar") and Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership a/b/a Verizon Wireless ("Defendants"). The Court finds that the motion should be **GRANTED**. It is, therefore,

**ORDERED** that the parties shall have up to and including **November 7, 2019** to submit their agreed proposed protective order.

As the parties will not fully comply with the Court's Order setting a scheduling conference (Docket No. 34) before that conference, it is further

**ORDERED** that the scheduling conference is **RESET** for **November 21, 2019 at 10:45 a.m. in Texarkana, Texas** before the undersigned.

**So ORDERED and SIGNED this 4th day of November, 2019.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE