**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT COMPANY,<br>T-MOBILE USA, INC., and<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>Defendants. | Civil Action No. 5:19-cv-75<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Second Joint Motion for Extension of Time to Submit Agreed Protective Order (Docket No. 45) filed by Plaintiff Joe Andrew Salazar ("Salazar") and Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership a/b/a Verizon Wireless ("Defendants") (collectively, the "Parties"). The Court having now reviewed said motion finds that good cause has been demonstrated for the requested extension and that the motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Parties shall have up to and including **November 14, 2019** to submit their agreed proposed protective order.

**So ORDERED and SIGNED this 8th day of November, 2019.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE