**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No. 5:19-cv-00075-RWS |

## ORDER

Having considered Plaintiff's Unopposed Motion for Leave to File Under Seal (Docket No. 41), the Court determines that the motion should be, and is, **GRANTED**. As such, it is

**ORDERED** that Plaintiff may file Exhibits E, G and O to its response in opposition to Defendants' Joint Motion to Dismiss under seal.

**So ORDERED and SIGNED this 13th day of November, 2019.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE