**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

|  |  |
|---|---|
| JOE ANDREW SALAZAR,<br><br>Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY,<br>T-MOBILE USA, INC., and<br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS,<br><br>Defendants. | Civil Action No. 5:19-cv-75<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Joe Andrew Salazar ("Salazar") and defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (the "Defendants") (collectively, the "Parties") file this Joint Motion to Amend the Docket Control Order.  The Parties jointly and respectfully move to reset the *Markman* hearing to a date convenient to the Court between July 13 and July 24, 2020, and to reset the dispositive motion deadline to November 30, 2020.  As good cause supporting this Motion, the Parties respectfully show as follows:

1.      Pursuant to the Court's Order (Dkt. 34), the Parties jointly submitted an agreed docket control order (Dkt. 39) and the *Markman* hearing is currently set for June 3, 2020.  The Parties jointly move to reschedule the *Markman* hearing to a date between July 13 and July 24, 2020.

2.      Good cause exists to reschedule the *Markman* hearing, because defense counsel are scheduled to participate in a trial set for June 1, 2020.  *See Zest Labs, Inc. v. Wal-Mart, Inc.*, No. 4:18-cv-500, Dkt. 75 (E.D. Ark.).

3.      All Parties are available for the *Markman* hearing on any date convenient to the Court between July 13 and July 24, 2020.  Pursuant to the Court's instruction, the Parties submit this motion and a proposed Docket Control Order specifying that the *Markman* date would occur between July 13 and July 24, 2020, subject to the Court's availability.

4.      Pursuant to the Court's Order (Dkt. 34), the dispositive motion deadline is currently set for November 10, 2020.  The Parties also jointly move the Court to reschedule the dispositive motion deadline to November 30, 2020.

5.      Good cause exists to reschedule the dispositive motion deadline to allow for additional time after the close of fact discovery to conduct expert discovery.  Under the Parties' proposed Docket Control Order, there will be four weeks from the close of fact discovery to initial expert reports, four weeks from initial expert reports to rebuttal expert reports, two weeks from rebuttal reports until the close of expert discovery, and four weeks from the close of expert discovery to submit dispositive motions.

6.      Should the Court reschedule the dispositive motion deadline to November 30, the Parties do not anticipate that the Court would need to reschedule the hearing on dispositive motions, currently scheduled for February 9, 2021.

7.      A proposed order granting the relief requested in this motion is submitted herewith.

WHEREFORE, the Parties jointly request that the Court reschedule the *Markman* hearing to a date between July 13 and July 24, 2020, and reschedule the dispositive motion deadline to November 30, 2020.

Dated:  November 13, 2019

Respectfully submitted,

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
Kelley Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503
Telephone: 903-792-7080
Fax: 903-792-8233

Daruish Keyhani (Lead Attorney)
District of Columbia Bar No. 1031500
(*pro hac vice*)
Frances H. Stephenson
New York registration No. 5206495
(*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
fhstephenson@keyhanillc.com

*Attorneys for Plaintiff*

*/s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas  78701
Tel:  512.542.8400
Fax: 512.542.8610

Todd E. Landis
Texas Bar No. 24030226
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  214.220.7700
Fax: 214.220.7716

Parker Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Tel:  713.758.2222
Fax: 713.758.2346

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas   75670
Tel:  903.934.8450
Fax: 903.934.9257

*Attorneys for Carriers*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of November, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*