IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No. 5:19-cv-75<br><br>DEMAND FOR JURY TRIAL |

## NOTICE REGARDING MOTION TO INTERVENE

Plaintiff provides notice that he is not opposed to the Motion to Intervene filed by HTC Corp. and HTC America, Inc. (Dkt. 55) based upon the movants' agreement to join, but not file additional briefing related to the carrier defendants' pending motions to dismiss and transfer. This agreement does not waive the parties' rights to request leave from the Court to file a paper to clarify the facts or record on a matter they may deem necessary.

Respectfully submitted,

/s/ *Geoff Culbertson*

Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
Kelly Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
PATTON, TIDWELL &
CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503

        Telephone: 903-792-7080
        Fax:     903-792-8233

        Dariush Keyhani (Lead Attorney)
        District of Columbia Bar No. 1031500
        (*pro hac vice*)
        Frances H. Stephenson
        New York registration No. 5206495
        (*pro hac vice*)
        Keyhani LLC
        1050 30th Street NW
        Washington, DC 20007
        Telephone: (202) 748-8950
        Fax: (202) 318-8958
        dkeyhani@keyhanillc.com
        fstephenson@keyhanillc.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of December, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule-CV 5(a).