IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    *Plaintiff,*<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, INC.,<br><br>    *Defendants,*<br><br>and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>    *Intervenors.* | CIVIL ACTION NO. 5:19-CV-00075-RWS |

## ORDER

Before the Court is HTC Corp. and HTC America, Inc.'s Motion to Intervene (Docket No. 55). Plaintiff filed a notice explaining that he does not oppose the Motion based on the parties' agreement to not file additional briefing related to the pending motions to dismiss and transfer. Docket No. 61. Accordingly, it is hereby

**ORDERED** that the Motion to Intervene by HTC Corp. and HTC America, Inc. is **GRANTED**. The Clerk is direct to file the proposed pleading titled "HTC Corp. and HTC America, Inc's Complaint in Intervention", attached to the Motion as Exhibit A, on the docket.

**So ORDERED and SIGNED this 13th day of December, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE