# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    *Plaintiff,*<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, INC.,<br><br>    *Defendants*<br><br>and<br><br>HTC CORPORATION and HTC AMERICA, INC.,<br><br>    *Intervenor-Defendants* | CIVIL ACTION NO. 5:19-CV-00075-RWS<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF COMPLIANCE**

Defendants AT&T Mobility LLC, Sprint United Management Company, T-Mobile USA Inc., and Cellco Partnership d/b/a Verizon Wireless, Inc. (collectively "Defendants") and HTC Corporation and HTC America, Inc. (collectively, the "Intervenors") hereby notify the Court and all parties of record that on December 19, 2019, Defendants and Intervenors served their Joint Initial and Additional Disclosures via electronic mail in accordance with the Court's Docket Control Order [Dkt. 36] and Discovery Order [Dkt. 66].

Dated:  December 20, 2019	Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746
512.542.8400 telephone
512.542.8610 facsimile

Todd E. Landis
Texas Bar No. 24030226
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
214.220.7700 telephone
214.220.7716 facsimile

Parker Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
713.758.2153 telephone
713.615-5140 facsimile

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX  75670
903.934.8450 telephone
903.934.9257 facsimile

*Attorney for Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of December, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*
Fred I. Williams